UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GIANNIS ANTETOKOUNMPO, | Civ. Case No.: 1:21-cv-01222-PAC |
| *Plaintiff*, | **STIPULATION OF DISMISSAL** <br> **WITH PREJUDICE** |
| v. | |
| TABATHA FAST, LEANNA RIFFITH, RYAN CRUMP, JESSICA JIMENEZ D/B/A WOOD CINCO LLC., WILLIAM KLEIN, RONG YU D/B/A ONEPHYLE, SANDRO EZER, BROOKE CROCKER AND ROBERT CALDWELL | |
| *Defendants.* | |

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned Counsel for Plaintiff and Defendant, in the above entitled action be, and the same hereby is discontinued, with prejudice, **as to Defendant ROBERT W. CALDWELL only**, with each side bearing their own fees and costs.

**IT IS FURTHER STIPULATED AND AGREED**, that this stipulation may contain counterparts or facsimile signatures, which shall be deemed as originals.

Dated:   March 29, 2021
        New York, New York

**PARDALIS & NOHAVICKA LLP**

By: _____
Anastasi Pardalis
*Counsel for Plaintiff*
950 Third Avenue, 25th Floor
New York, NY 10022
taso@pnlawyers.com

**NIXON VANDERHYE**

By: *Sheryl De Luca*
Sheryl De Luca
*Counsel for the Defendant*
901 North Glebe Road, 11th Floor
Arlington, Virginia 22203
sld@nixonvan.com

New York, New York
April 1, 2021

So ordered

*Paul A. Crotty*
USDJ

ORDERED